Quetsch & O'Reilly, of Wheaton, for appellees.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* FRANCIS MAHON, Defendant-Appellant.

(No. 74-148;

Second District (1st Division)—April 24, 1975.

Opinion by Mr. JUSTICE GUILD.

Ralph Ruebner and Peter B. Nolte, both of State Appellate Defender's Office, of Elgin, for appellant.

Philip G. Reinhard, State's Attorney, of Rockford (James W. Jerz and Edward N. Morris, both of Illinois State's Attorneys Association, of counsel), for the People.